UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LIANA BLANCHARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **No. 11-1626** |
| **SWAN MARINE OPERATORS, L.L.C., ET Al** | * | **SECTION "C" (4)** |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agree upon a compromise,

**IT IS ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **90** days, to reopen the action if settlement is not consummated.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, April 20, 2012

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE